Argued and submitted March 25, reversed and remanded April 13, 1988

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

DONALD SCOTT KING,
*Defendant-Respondent.*

(87-0162; CA A45519 (Control))

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

JAMES BRIAN KING,
*Defendant-Respondent.*

(87-0191; CA A45520)
(Cases Consolidated)

752 P2d 869

Martin C. Dolan, Assistant Attorney General, Salem, argued the cause for plaintiff-appellant. With him on the brief

were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance for defendant-respondent James Brian King.

No appearance for defendant-respondent Donald Scott King.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM

## PER CURIAM

In these criminal cases, consolidated for appeal, each of the two defendants was charged with the manufacture and possession of a controlled substance. ORS 475.992. The trial court's order suppressed all evidence resulting from the search of the defendants' house on the grounds that the information provided by a named informant in the search warrant affidavit was "stale" and, thus, did not provide the probable cause necessary for the issuance of the search warrant. The state appeals. We reverse.

■■ Whether the length of time that elapsed causes the basis for a warrant as described by an affiant to become "stale" will vary according to the facts and circumstances of each case. The facts asserted in the affidavit indicated that there was a large scale, on-going drug operation from which a magistrate, after considering *all* of the relevant factors contained within the affidavit, could reasonably infer that the contraband was still on the premises.

Reversed and remanded.